**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02867-KMT

**JONATHAN KRAKAUER,**

Plaintiff,

v.

**MARIAH MEDIA NETWORK LLC,**

Defendant.

---

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

---

Plaintiff Jonathan Krakauer hereby dismisses the above-captioned action *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the parties to bear their own fees and costs.  In support of this Notice, Plaintiff states that the adverse party has not filed an answer or motion for summary judgment; accordingly, dismissal by notice is appropriate.

Dated:  January 16, 2018

HUTCHINSON BLACK AND COOK, LLC

By:    *s/ Colleen M. Koch*
          Colleen M. Koch

Attorneys for Plaintiff